UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CARROLL WAYNE HAYNES #305815**  **CASE NO.  6:22-CV-00534**

**VERSUS**  **JUDGE ROBERT R. SUMMERHAYS**

**RALPH K. LEE, JR., ET AL.**  **MAGISTRATE JUDGE WHITEHURST**

### JUDGMENT

For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that the Motion to Dismiss filed by Dr. F.T. Friedberg [ECF No. 37] is GRANTED, and all claims against Dr. Friedberg are DISMISSED with prejudice to their being asserted again until the *Heck* conditions are met;

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Feliciana Forensic Facility [ECF No. 41] is GRANTED, and all claims asserted against it are DISMISSED without prejudice;

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Ralph K. Lee and M. Bofill Duhé [ECF No. 49] is GRANTED, and all claims asserted against those defendants are DISMISSED with prejudice;

IT IS FURTHER ORDERED that the motion for leave to file a sur-reply [ECF No. 76] is DENIED.

THUS DONE in Chambers on this 28th day of November, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE